**Order entered March 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00864-CV**

**IN RE NEORA, LLC, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07296**

**ORDER**
Before Justices Myers, Molberg, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.[1]

/s/     LANA MYERS
        JUSTICE

---

[1] Justice Molberg would grant the petition for writ of mandamus.